**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : CRIMINAL NO. 7:21-CR-28 (HL) |
| v. | : |
| | : |
| **SYDARIUS D. REYNOLDS,** | : |
| a/k/a **BUNKIE WHITE,** | : |
| | : |
| **Defendant** | : |
| | : |

ORDER

The stipulation of the parties as to restitution having been read and considered, it is HEREBY ORDERED that judgment in favor of the United States in the principal sum of $31,730, to be paid as restitution, be entered against Defendant, Sydarius D. Reynolds, a/k/a Bunkie White. The restitution will be distributed to the victim of the offense, the State of Georgia, Department of Labor, by the Clerk of this Court. The full amount of the judgment will be due and payable immediately, and present and future assets of Defendant are subject to enforcement and may be included in the treasury offset program allowing qualified federal benefits to be applied to the balance of the restitution owed.

SO ORDERED, this 24 day of Feb. 2022.

HUGH LAWSON
SENIOR UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA